# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOEL KENNETH PARKER,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents*.

2:11-cv-01223-KJD-CWH

ORDER

Petitioner's motion (#12) for an extension of time is GRANTED, and the time for petitioner to mail a response to the prior show-cause order (#7) to the Clerk for filing is extended up to and including **June 28, 2012.** No further extensions of time will be granted thereafter, absent the most compelling of circumstances. By the extended deadline, petitioner will have had three months to respond to the show-cause order, even after discounting the additional month of delay occasioned by his failure to immediately notify the Clerk of his updated address. Petitioner's suggestion that he is able to work on the response only while he physically is in the law library is unpersuasive. Many inmates in the Nevada prison system have only paging-system access to a law library through kites, with no physical access, and are able to prepare and file extensive court papers. One does not need to be in a library to write. If petitioner does not mail a response for filing within the above deadline, this action will be dismissed forthwith.

DATED: May 25, 2012

_____
KENT J. DAWSON
United States District Judge