# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOEL KENNETH PARKER,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents*.

2:11-cv-01223-KJD-CWH

ORDER

This habeas matter come before the Court on petitioner's motion (#14) styled as a motion seeking clarity of the record.

Petitioner states that he tendered his show-cause response for mailing in the prison by the June 28, 2012, deadline. However, an assistant federal public defender who checked the online docket for him indicated to him that a response had not been received and filed by the Clerk. The Court can confirm for petitioner that, as of the signature of this order, a show-cause response has not been filed and entered on the docket, and it trusts that petitioner retained a file copy of any response tendered for mailing. The Court will grant petitioner an extension up to and including August 31, 2012, to **file** a response. If a response is not on file by that date, the matter will be dismissed without further advance notice.

IT THEREFORE IS ORDERED that petitioner's motion (#14) is GRANTED such that the time for petitioner to file a response to the prior show-cause order is extended up to and including **August 31, 2012.**

DATED: July 26, 2012

_____
KENT J. DAWSON
United States District Judge