# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOEL K. PARKER,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*

    *Respondents*.

2:11-cv-01223-KJD-CWH

ORDER

    Petitioner has not responded in this habeas matter to the March 7, 2012, order (#7) directing that he show cause why the petition should not be dismissed as untimely or wholly unexhausted. Petitioner has not filed a response, following two extension orders as well as a third order that allowed an opportunity to file an allegedly lost response that was due for June 28, 2012. The Court's July 26, 2012, order gave petitioner until August 31, 2012, to file a response. The order expressly stated that "[i]f a response is not on file by that date, the matter will be dismissed without further advance notice." #15. See also #7, at 6, lines 21-22 (dismissal with prejudice). No response is on file as of the signature of this order.

    IT THEREFORE IS ORDERED that the petition shall be DISMISSED with prejudice and that a certificate of appealability is DENIED.

    IT FURTHER IS ORDERED that, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of Court shall provide a copy of this order, the judgment, and the petition to respondents by effecting informal electronic service upon Catherine Cortez Masto as per the Clerk's current practice. **No response is required from respondents, other than to respond to any orders of a reviewing court.**

The Clerk shall enter final judgment accordingly against petitioner and in favor of respondents, dismissing this action with prejudice.

DATED: September 11, 2012

_____
KENT J. DAWSON
United States District Judge